# UNITED STATES DISTRICT COURT
_____District of Arizona_____

*In the Matter of the Search of:*
**SUBJECT PARCEL**: USPS Express Mail parcel bearing USPS tracking number EI 379 657 770 US addressed to "Charlotta White 6028 S Vernon Ave Apt 1 Chicago IL 60637," with a return address of "Kyanah Bennett 8651 N 56th Dr Glendale AZ 85302." It is a white box measuring approximately 11.75" X 8.75 X 5.75"; weighing approximately 5 pounds and 4 ounces; postmarked August 18, 2022; and bearing $83.40 in postage.

**SEARCH WARRANT**

Case Number: 22 - 3250MB

TO: Raymond Shepard and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Raymond Shepard, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL** USPS Express Mail parcel bearing USPS tracking number EI 379 657 770 US addressed to "Charlotta White 6028 S Vernon Ave Apt 1 Chicago IL 60637," with a return address of "Kyanah Bennett 8651 N 56th Dr Glendale AZ 85302." It is a white box measuring approximately 11.75" X 8.75 X 5.75"; weighing approximately 5 pounds and 4 ounces; postmarked August 18, 2022; and bearing $83.40 in postage.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, and/or TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   9-2-22   (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

8-19-22 @ 2:55 p.m.   at   Phoenix, Arizona
Date and Time Issued                City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE                M Morrissey
Name and Title of Judicial Officer              Signature of Judicial Officer

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>22-3250MB | Date and time warrant executed:<br>8/22/2022 10:13 am | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>POSTAL INSPECTORS GARCIA AND SHEPARD |||
| Inventory of the property taken and name of any person(s) seized:<br><br>USPS PRIORITY MAIL EXPRESS BOX BEARING TRACKING NO. EI 379 657 770 US, ADDRESSED TO CHARLOTTA WHITE, 6028 S VERNON AVE APT 1, CHICAGO, IL 60637 WITH A RETURN ADDRESS OF KYANAH BENNETT, 8651 N 56TH DR, GLENDALE, AZ 85302 FOUND TO CONTAIN A PLASTIC GROVERY BAG, TWO PACKS OF MENS TSHIRTS, APPROXIMATELY 449.2 GRAMS OF BLUE M30 PILLS SUSPECTED OF CONTAINING FENTANYL, AND 67.2 GRAMS OF GREEN AND WHITE PILLS SUSPECTED OF BEING OXYCODONE. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   08/22/2022

*Miranda Garcia*
*Executing officer's signature*

Miranda Garcia/U.S. Postal Inspector
*Printed name and title*